RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMELL CARTER, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM, a foreign corporation; and DOES I – X, inclusive, and ROE CORPORATIONS I – X, inclusive,<br><br>　　　　　　　Defendants. | Case No: 2:21-cv-00611-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between JOSHUA P. BERRETT, ESQ. of the law firm of BIGHORN LAW, attorneys for Plaintiff, JAMELL CARTER and JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that the within matter be dismissed,

///
///
///
///
///
///
///

Carter v SFMAIC
Stipulation and Order for Dismissal w/Prej
Case No 2:21-cv-00611-JCM-VCF.

with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 2-10-2022

**BIGHORN LAW**

By _____
KIMBALL JONES, ESQ.
Nevada Bar No. 12982
JOSHUA P. BERRETT, ESQ.
Nevada Bar No. 12697
3675 W. Cheyenne Ave., 100
N. Las Vegas, Nevada 89032
Telephone: (702) 333-1111
**Attorneys for Plaintiff,
Jamell Carter**

DATED: 2.14.22

**DENNETT WINSPEAR, LLP**

By _____
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
**Attorney for Defendant, State Farm Mutual
Automobile Insurance Company**

**ORDER**

**IT IS SO ORDERED.**

DATED: February 17, 2022.

_____
U.S. DISTRICT COURT JUDGE

2